**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7122**

─────────────

WILLIAM LEBRON CHURCH,

Plaintiff - Appellant,

versus

ATTORNEY GENERAL OF THE COMMONWEALTH OF
VIRGINIA; VIRGINIA DEPARTMENT OF CORRECTIONS;
EDWARD W. MURRAY, Director; VIRGINIA PAROLE
BOARD; COUNTY OF AMELIA, VIRGINIA; THOMAS V.
WARREN, Judge; COMMONWEALTH OF VIRGINIA,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-95-612)

─────────────

Submitted: September 30, 1998       Decided: November 16, 1998

─────────────

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William Lebron Church, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lebron Church appeals the magistrate judge's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint and his Fed. R. Civ. P. 59(e) motion.[*] We have reviewed the record and the magistrate judge's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Church v. Attorney Gen.</u>, No. CA-95-612 (E.D. Va. Apr. 14 & May 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties under 28 U.S.C.A. § 636(c)(1) (West 1993 & Supp. 1998).